**Order entered October 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00671-CR

### RODRICK ONEALL TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75219-W**

## ORDER

Before the Court is appellant's October 21, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by November 20, 2019. Appellant is cautioned that the failure to file his brief by that date may result in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(3).

/s/    BILL PEDERSEN, III
       JUSTICE